Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018
(212) 218-5500
rszyba@seyfarth.com

*Attorneys for Defendant The People Searchers, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>          Plaintiffs,<br><br>  v.<br><br>THE PEOPLE SEARCHERS, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>          Defendants. | Civil Action No.: 24-cv-4045<br><br>**DEFENDANT THE PEOPLE SEARCHERS, LLC'S CORPORATE DISCLOSURE STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant The People Searchers, LLC in the above-captioned action certifies that The People Searchers, LLC is a limited liability company which is wholly owned by DMXH LLC. No publicly held corporation owns 10% or more of DMXH, LLC's stock.

Dated: March 20, 2024                    Respectfully submitted,

                                                    SEYFARTH SHAW LLP

                                                  By: */s/ Robert T. Szyba*
                                                  Robert T. Szyba
                                                  620 Eighth Avenue
                                                  New York, New York 10018
                                                  Telephone: (212) 218-5500
                                                  Facsimile: (212) 218-5526
                                                  rszyba@seyfarth.com

                                                  *Attorneys for Defendant The Peoples Searchers, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2024, a true and correct copy of DEFENDANT'S CORPORATE DISCLOSURE STATEMENT, was electronically filed with the Clerk of the District Court and served upon counsel for Plaintiffs at the following address of record via FedEx overnight mail, postage prepaid:

Rajiv D. Parikh, Esq.
Kathleen Barnett Einhorn, Esq.
Genova Burns LLC
494 Broad Street
Newark, NJ 07102

*/s/ Robert T. Szyba*
Robert T. Szyba

Dated: March 20, 2024

14728655v.1