Robert T. Szyba
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018
(212) 218-5500
rszyba@seyfarth.com

*Attorneys for Defendant The People Searchers, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN, <br><br> Plaintiffs, <br><br> v. <br><br> THE PEOPLE SEARCHERS, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br> Defendants. | Civil Action No.: 2:24-cv-04045 <br><br><br> **L. CIV. R. 6.1(b) CLERK'S EXTENSION** |

Pursuant to Local Civil Rule 6.1(b), Defendant The People Searchers, LLC

("Defendant"), hereby applies for a Clerk's Order extending the time within which

it may answer, move, or otherwise reply to the Complaint filed by Plaintiffs by fourteen (14) days and represent that:

1.    No previous extension has been obtained;

2.    This case was timely removed from the Superior Court of New Jersey, Morris County on March 20, 2024 (ECF No. 1); and

3.    Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendant's time to answer, move, or otherwise respond to the Complaint expires on March 27, 2024.


Dated: March 26, 2024                          Respectfully submitted,

                                               SEYFARTH SHAW LLP

                                               By: */s/ Robert T. Szyba*
                                               Robert T. Szyba
                                               620 Eighth Avenue
                                               New York, New York 10018
                                               Telephone: (212) 218-5500
                                               Facsimile: (212) 218-5526
                                               rszyba@seyfarth.com

                                               *Attorneys for Defendant The People
                                               Searchers, LLC*

2

## **ORDER**

The above application is GRANTED.  Defendant's time to Answer, Move, or otherwise Reply is extended by fourteen (14) days to April 10, 2024.


_____, Clerk of the
United States District Court
District of New Jersey


By:    _____
                    Deputy Clerk

Dated:        _____, 2024

309969161v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 26, 2024, a true and correct copy of DEFENDANT'S L. CIV. R. 6.1(B) CLERK'S EXTENSION, was electronically filed with the Clerk of the District Court via the Court's CM/ECF system, which sent notification of such filing to all counsel of record.


<u>/s/ Robert T. Szyba</u>
Robert T. Szyba

Dated: March 26, 2024