ation below.



**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

rszyba@seyfarth.com

T (212) 218-3351

www.seyfarth.com

June 11, 2024

**VIA CM/ECF**

Honorable Harvey Bartle III, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Courtroom 1
Camden, New Jersey 08101

**Re:    Atlas Data Privacy Corp., et al v. The People Searchers, LLC et al.,
No. 2:24-cv-04045-HB (D.N.J.),
Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

This firm represents the defendant The People Searchers, LLC ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joins the Consolidated Motion to Dismiss Brief, which was filed today under ECF No. 27-33 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Costar Group, Inc., et al.*, Civil Action No. 1:24-cv-4111 (the "Consolidated Motion to Dismiss").  For the reasons set forth in the Consolidated Motion to Dismiss, Defendant  respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Robert T. Szyba*

Robert T. Szyba

311676774v.1