**Seyfarth**

Seyfarth Shaw LLP

620 Eighth Avenue

New York, New York 10018

T (212) 218-5500

F (212) 218-5526

rszyba@seyfarth.com

T (212) 218-3351

www.seyfarth.com

June 11, 2024

**VIA CM/ECF**

Honorable Harvey Bartle III, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Courtroom 1
Camden, New Jersey 08101

    Re:    **Atlas Data Privacy Corp., et al v. The People Searchers, LLC et al.,**
            **No. 1:24-cv-04045-HB (D.N.J.),**
            **Corrected Joinder in Defendants' Consolidated Motion to Dismiss**

Dear Judge Bartle:

    This firm represents the defendant The People Searchers, LLC ("Defendant") in the above-referenced matter.

    We write to correct a letter filed by our office earlier this morning, which sought to join the Consolidated Motion to Dismiss on constitutional grounds filed by Latham & Watkins LLC. *See* ECF 18. Our earlier letter inadvertently cited to the incorrect case docket. We are accordingly writing to clarify that Defendant joins the Consolidated Motion, which was filed under ECF No. 27 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Civil Action No. 1:24-cv-4105 (the "Consolidated Motion to Dismiss"). For the reasons set forth in the Consolidated Motion to Dismiss, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

    We thank the Court for its time and attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP


*/s/ Robert T. Szyba*


Robert T. Szyba

311676774v.1