# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4037 |
| | ) | |
| We Inform, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4041 |
| | ) | |
| Infomatics, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4045 |
| | ) | |
| The People Searchers, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4075 |
| | ) | |
| DM Group, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4080 |
| | ) | |
| Deluxe Corporation, et. al. | ) | |
| *Defendant* | ) | |

Atlas Data Privacy Corporation, et. al.    )
    *Plaintiff*    )
    v.    )    Case No. 24-4096
    )
Delvepoint, LLC, et. al.    )
    *Defendant*    )


Atlas Data Privacy Corporation, et. al.    )
    *Plaintiff*    )
    v.    )    Case No. 24-4098
    )
Quantarium Alliance, LLC, et. al.    )
    *Defendant*    )


Atlas Data Privacy Corporation, et. al.    )
    *Plaintiff*    )
    v.    )    Case No. 24-4103
    )
Yardi Systems, Inc., et. al.    )
    *Defendant*    )


Atlas Data Privacy Corporation, et. al.    )
    *Plaintiff*    )
    v.    )    Case No. 24-4141
    )
Digital Safety Products, LLC, et. al.    )
    *Defendant*    )


Atlas Data Privacy Corporation, et. al.    )
    *Plaintiff*    )
    v.    )    Case No. 24-4143
    )
Cvil Data Research    )
    *Defendant*    )

Atlas Data Privacy Corporation, et. al.  )
    *Plaintiff*     )
    v.       )  Case No. 24-4160
            )
Scalable Commerce, LLC, et. al.   )
    *Defendant*    )


Atlas Data Privacy Corporation, et. al.  )
    *Plaintiff*     )
    v.       )  Case No. 24-4174
            )
Labels & Lists, Inc., et. al.    )
    *Defendant*    )


Atlas Data Privacy Corporation, et. al.  )
    *Plaintiff*     )
    v.       )  Case No. 24-4176
            )
Innovis Data Solutions Inc., et. al.  )
    *Defendant*    )


Atlas Data Privacy Corporation, et. al.  )
    *Plaintiff*     )
    v.       )  Case No. 24-4178
            )
Accurate Append, Inc., et. al.   )
    *Defendant*    )


Atlas Data Privacy Corporation, et. al.  )
    *Plaintiff*     )
    v.       )  Case No. 24-4256
            )
Zillow, Inc., et. al.      )
    *Defendant*    )

Atlas Data Privacy Corporation, et. al.   )
    *Plaintiff*   )
    v.   )    Case No. 24-4261
     )
Equimine, Inc., et. al.   )
    *Defendant*   )

Atlas Data Privacy Corporation, et. al.   )
    *Plaintiff*   )
    v.   )    Case No. 24-4292
     )
Melissa Data Corp., et. al.   )
    *Defendant*   )

Atlas Data Privacy Corporation, et. al.   )
    *Plaintiff*   )
    v.   )    Case No. 24-4324
     )
Restoration of America, et. al.   )
    *Defendant*   )

Atlas Data Privacy Corporation, et. al.   )
    *Plaintiff*   )
    v.   )    Case No. 24-4345
     )
i360, LLC, et. al.   )
    *Defendant*   )

Atlas Data Privacy Corporation, et. al.   )
    *Plaintiff*   )
    v.   )    Case No. 24-4380
     )
GoHunt, LLC, et. al.   )
    *Defendant*   )

Atlas Data Privacy Corporation, et. al.          )
          *Plaintiff*                                )
          v.                                          )          Case No. 24-4383
                                                      )
Accuzip, Inc., et. al.                            )
          *Defendant*                                )


Atlas Data Privacy Corporation, et. al.          )
          *Plaintiff*                                )
          v.                                          )          Case No. 24-4385
                                                      )
Synaptix Technology, LLC, et. al.                 )
          *Defendant*                                )


Atlas Data Privacy Corporation, et. al.          )
          *Plaintiff*                                )
          v.                                          )          Case No. 24-4389
                                                      )
Joy Rockwell Enterprises, Inc., et. al.           )
          *Defendant*                                )


Atlas Data Privacy Corporation, et. al.          )
          *Plaintiff*                                )
          v.                                          )          Case No. 24-4390
                                                      )
Fortnoff Financial, LLC, et. al.                  )
          *Defendant*                                )


Atlas Data Privacy Corporation, et. al.          )
          *Plaintiff*                                )
          v.                                          )          Case No. 24-4392
                                                      )
MyHeritage, Ltd., et. al.                         )
          *Defendant*                                )

Atlas Data Privacy Corporation, et. al.   )
       *Plaintiff*             )
           v.            )     Case No. 24-4434
                     )
E-merges.com, Inc., et. al.       )
       *Defendant*          )

Atlas Data Privacy Corporation, et. al.   )
       *Plaintiff*              )
           v.            )     Case No. 24-4609
                     )
Nuwber, Inc., et. al.           )
       *Defendant*          )

Atlas Data Privacy Corporation, et. al.   )
       *Plaintiff*              )
           v.            )     Case No. 24-4664
                     )
RocketReach LLC, et. al.       )
       *Defendant*          )

Atlas Data Privacy Corporation, et. al.   )
       *Plaintiff*              )
           v.            )     Case No. 24-4949
                     )
Belles Camp Communications, Inc., et. al.   )
       *Defendant*          )

Atlas Data Privacy Corporation, et. al.   )
       *Plaintiff*              )
           v.            )     Case No. 24-5600
                     )
Property Radar Inc., et. al.       )
       *Defendant*          )

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5656 |
| | ) | |
| <u>The Alesco Group, L.L.C., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5658 |
| | ) | |
| <u>Searchbug, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5775 |
| | ) | |
| <u>Amerilist, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-7324 |
| | ) | |
| <u>U.S. Data Corporation, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-8075 |
| | ) | |
| <u>Smarty, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-8451 |
| | ) | |
| Compact Information Systems, LLC., et. al. | ) | |
| *Defendant* | ) | |
| | | |
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-10600 |
| | ) | |
| Darkowl, LLC, et. al. | ) | |
| *Defendant* | ) | |

## <u>APPEARANCE OF COUNSEL</u>

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

Intervenor Attorney General of New Jersey.

Date :
_____
12/6/2024

_____
*Attorney's signature*

KASHIF T. CHAND
N.J. Bar No. 016752008
_____
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
_____
*Address*

KASHIF.CHAND@LAW.NJOAG.GOV
_____
*E-mail address*

973-648-2052
_____
*Telephone number*

973-648-3879
_____
*FAX number*