UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**JUDGE HARVEY BARTLE III**

**DATE OF PROCEEDING**:  December 10, 2024

**COURT REPORTER:**   SHARON RICCI

**TITLE OF CASE:**          **DOCKET NO.:** 24-4045 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
THE PEOPLE SEARCHERS, LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced:   10:04a.m.    Time Adjourned: 10:06a.m.    Total Time in Court: 0:02