UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   January 14, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**

**TITLE OF CASE:**              **DOCKET NO.:** 24-4045 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
THE PEOPLE SEARCHERS, LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced: 9:59a.m.     Time Adjourned: 10:01a.m.     Total Time in Court: 0:02