**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF NEW JERSEY**

---

ATLAS DATA PRIVACY CORPORATION,
as assignee of individuals who are Covered Persons,
JANE DOE-1, a law enforcement officer, JANE
DOE-2, a law enforcement officer, EDWIN
MALDONADO, SCOTT MALONEY, JUSTYNA
MALONEY, PETER ANDREYEV, and WILLIAM
SULLIVAN,

   Plaintiff/Counterclaim Defendant,

v.

THE PEOPLE SEARCHERS, LLC,
RICHARD ROES 1-10, fictitious names of
unknown individuals and ABC COMPANIES
1-10, fictitious names of unknown entities,

   Defendant/Counterclaim Plaintiff.

Case No. 24-4045

---

## <u>NOTICE OF LIEN ON BEHALF OF GENOVA BURNS LLC</u>

PLEASE TAKE NOTICE as follows:

1. Genova Burns LLC represented Plaintiff/Atlas Data Privacy Corporation in the above matter. Genova Burns LLC no longer represents Plaintiff/Atlas Data Privacy Corporation in the above matter.

2. Genova Burns LLC hereby asserts and has a lien for legal fees and costs rendered to Plaintiffs in the above-entitled action pursuant to applicable case law. Because the firm has a lien and the amount of our share of the legal fees and costs will be determined after a recovery in this action, the defendants are put on notice that any settlement check (s) should be payable to counsel of records and Genova Burns LLC, as lienholder.

3. Further, we hereby direct that other than distributions made to Genova Burns LLC pursuant to paragraph 2 above, no other monies be paid or assets or things be provided directly to Atlas Data Privacy Corporation or Atlas Data Privacy Corporation's heirs,

attorneys, representatives, successors and assigns until the amount of our lien has been fixed by a Court Order.

Respectfully submitted,

GENOVA BURNS LLC

BY:  *s/James M. Burns*
       JAMES M. BURNS, ESQ.
       Genova Burns LLC
       494 Broad Street
       Newark, New Jersey 07102
       Tel: (973) 535-7101
       Fax: (973) 535-7101
       jburns@genovaburns.com
       *Attorney for Plaintiff/Counterclaim Defendant, Atlas Data Privacy Corp.*

Dated: March 11, 2025

2

## CERTIFICATION OF SERVICE

On March 11, 2025, I filed the foregoing NOTICE OF LIEN with the clerk of court for the District Court, District of New Jersey, via the Court's CM/ECF system, which caused a copy of the foregoing to be served on all counsel of record.


_____*s/James M. Burns*_____
JAMES M. BURNS

#17727254v1 (25221.002)