```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
WE INFORM, LLC, et al.          :       NO. 24-4037
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
INFOMATICS, LLC, et al.         :       NO. 24-4041
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
THE PEOPLE SEARCHERS, LLC,      :       NO. 24-4045
et al.                          :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
INNOVIS DATA SOLUTIONS INC.,    :       NO. 24-4176
et al.                          :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
RESTORATION OF AMERICA, et al.  :       NO. 24-4176
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SMARTY, LLC, et al. | : | NO. 24-8075 |

ORDER

AND NOW, this 9th day of June 2025, after receipt of a letter from the Office of the Attorney General of New Jersey, it is hereby ORDERED that:

(1) The oral argument scheduled for **Monday, June 16, 2025 at 10:00 AM** in Courtroom No. 1 in the United States Courthouse in Camden, New Jersey, is ADJOUNRED only as to any arguments that Daniel's Law is preempted by the Communications Decency Act ("CDA"), 47 U.S.C. § 230, or the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*. See, e.g., Order, Atlas Data Privacy Corp. v. We Inform, LLC., 24-cv-4037 (D.N.J. filed May 22, 2025) (Doc. #59);

(2) The oral argument as to all other issues and the status conference will be held as scheduled;

(3) The Attorney General of New Jersey shall file on or before July 14, 2025 a consolidated brief in the above actions addressing Defendants' defenses under the CDA, FCRA, and the National Voter Restoration Act, 52 U.S.C. § 20501, *et seq.* The consolidated brief shall not exceed 30 pages; and

(4) Defendants shall file on or before July 28, 2025 any reply brief.  Such brief shall not exceed 15 pages.

BY THE COURT:

/s/  Harvey Bartle III
                                                  J.