UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: June 16, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:** SHARON RICCI

**TITLE OF CASE:**　　　　　　　**DOCKET NO.:** 24-4045 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
THE PEOPLE SEARCHERS, LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   MOTION HEARING; STATUS CONFERENCE

Hearing on [44] Motion to Dismiss held on the record.
Status conference held on the record.

　　　　　　　　　　　　　　　　　　　s/Lawrence Macstravic
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Time Commenced:  10:10a.m.　　Time Adjourned: 10:15a.m.　　Total Time in Court: 0:05