# UNITED STATES DISTRICT COURT
for the
<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>We Inform, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4037 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Infomatics, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4041 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>The People Searchers, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4045 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>DM Group, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4075 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Deluxe Corporation, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4080 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Delvepoint, LLC, et. al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4096 |
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Quantarium Alliance, LLC, et. al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4098 |
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Yardi Systems, Inc., et. al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4103 |
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Digital Safety Products, LLC, et. al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4141 |
| Atlas Data Privacy Corporation, et. al.<br>*Plaintiff*<br>v.<br><br>Cvil Data Research<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4143 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al.  )<br>    *Plaintiff*    )<br>        v.        )<br>           )<br>Scalable Commerce, LLC, et. al.  )<br>    *Defendant*    ) | Case No. 24-4160 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al.  )<br>    *Plaintiff*    )<br>        v.        )<br>           )<br>Labels & Lists, Inc., et. al.  )<br>    *Defendant*    ) | Case No. 24-4174 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al.  )<br>    *Plaintiff*    )<br>        v.        )<br>           )<br>Innovis Data Solutions Inc., et. al.  )<br>    *Defendant*    ) | Case No. 24-4176 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al.  )<br>    *Plaintiff*    )<br>        v.        )<br>           )<br>Accurate Append, Inc., et. al.  )<br>    *Defendant*    ) | Case No. 24-4178 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al.  )<br>    *Plaintiff*    )<br>        v.        )<br>           )<br>Zillow, Inc., et. al.  )<br>    *Defendant*    ) | Case No. 24-4256 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al.<br>    *Plaintiff*<br>        v.<br>Equimine, Inc., et. al.<br>    *Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4261 |
| Atlas Data Privacy Corporation, et. al.<br>    *Plaintiff*<br>        v.<br>Melissa Data Corp., et. al.<br>    *Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4292 |
| Atlas Data Privacy Corporation, et. al.<br>    *Plaintiff*<br>        v.<br>Restoration of America, et. al.<br>    *Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4324 |
| Atlas Data Privacy Corporation, et. al.<br>    *Plaintiff*<br>        v.<br>i360, LLC, et. al.<br>    *Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4345 |
| Atlas Data Privacy Corporation, et. al.<br>    *Plaintiff*<br>        v.<br>GoHunt, LLC, et. al.<br>    *Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4380 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
|         *Plaintiff* | ) | |
|                 v. | ) | Case No. 24-4383 |
| | ) | |
| <u>Accuzip, Inc., et. al.</u> | ) | |
|         *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
|         *Plaintiff* | ) | |
|                 v. | ) | Case No. 24-4385 |
| | ) | |
| <u>Synaptix Technology, LLC, et. al.</u> | ) | |
|         *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
|         *Plaintiff* | ) | |
|                 v. | ) | Case No. 24-4389 |
| | ) | |
| <u>Joy Rockwell Enterprises, Inc., et. al.</u> | ) | |
|         *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
|         *Plaintiff* | ) | |
|                 v. | ) | Case No. 24-4390 |
| | ) | |
| <u>Fortnoff Financial, LLC, et. al.</u> | ) | |
|         *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
|         *Plaintiff* | ) | |
|                 v. | ) | Case No. 24-4392 |
| | ) | |
| <u>MyHeritage, Ltd., et. al.</u> | ) | |
|         *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>   *Plaintiff* )<br>      v.  )<br>        )<br>E-merges.com, Inc., et. al. )<br>   *Defendant* ) | Case No. 24-4434 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>   *Plaintiff* )<br>      v.  )<br>        )<br>Nuwber, Inc., et. al. )<br>   *Defendant* ) | Case No. 24-4609 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>   *Plaintiff* )<br>      v.  )<br>        )<br>RocketReach LLC, et. al. )<br>   *Defendant* ) | Case No. 24-4664 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>   *Plaintiff* )<br>      v.  )<br>        )<br>Belles Camp Communications, Inc., et. al. )<br>   *Defendant* ) | Case No. 24-4949 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>   *Plaintiff* )<br>      v.  )<br>        )<br>Property Radar Inc., et. al. )<br>   *Defendant* ) | Case No. 24-5600 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u><br>    *Plaintiff*<br>        v.<br><br><u>The Alesco Group, L.L.C., et. al.</u><br>    *Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-5656 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>    *Plaintiff*<br>        v.<br><br><u>Searchbug, Inc., et. al.</u><br>    *Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-5658 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>    *Plaintiff*<br>        v.<br><br><u>Amerilist, Inc., et. al.</u><br>    *Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-5775 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>    *Plaintiff*<br>        v.<br><br><u>U.S. Data Corporation, et. al.</u><br>    *Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-7324 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>    *Plaintiff*<br>        v.<br><br><u>Smarty, LLC, et. al.</u><br>    *Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-8075 |

|  |  |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>v.  )<br>  )<br><u>Compact Information Systems, LLC., et. al.</u>  )<br>*Defendant*  )  | Case No. 24-8451 |
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>v.  )<br>  )<br><u>Darkowl, LLC, et. al.</u>  )<br>*Defendant*  ) | Case No. 24-10600 |

## **APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

<u>Intervenor Attorney General of New Jersey.</u>

Date: <u>7/14/2025</u>

/s/ Liza B. Fleming
*Attorney's signature*

LIZA B. FLEMING
N.J. Bar No. 441912023
*Printed name and bar number*

Office of the New Jersey Attorney General
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625
*Address*

LIZA.FLEMING@NJOAG.GOV
*E-mail address*

862-350-5800
*Telephone number*

609-292-3508
*FAX number*