

Seyfarth Shaw LLP

620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

rszyba@seyfarth.com
T (212) 218-3351

www.seyfarth.com

November 3, 2025

**VIA ECF**
Hon. Harvey Bartle III, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, New Jersey 08101

Re:   *Atlas Data Privacy Corp., et al. v. We Inform, LLC, et al.*, Case No. 1:24-cv-04037-HB (D.N.J.);
*Atlas Data Privacy Corp., et al. v. The People Searchers, LLC, et al.*, Case No. 1:24-cv-04045-HB (D.N.J.); and
*Atlas Data Privacy Crop., et al. v. Infomatics, LLC, et al.*, Case No. 1:24-cv-04041-HB (D.N.J.) (the "Actions")

Dear Judge Bartle:

This firm represents We Inform, LLC ("We Inform"), The People Searchers, LLC ("People Searchers"), and Infomatics ("Infomatics") (hereinafter collectively referred to as "Defendants") in the above-referenced Actions.

On behalf of Defendants, we write to request joinder in Joy Rockwell Enterprises, Inc.'s ("Joy Rockwell") request for its case, and related cases, including the Actions, to be stayed pending the New Jersey Supreme Court's determination of the required *mens rea* for a violation of Daniel's Law. *See generally* Dkt No. 71, *Atlas Data Privacy Corp, et al. v. Joy Rockwell Enterprises, Inc., et al.*, Case No. 1:24-cv-04389-HB). Defendants incorporate by reference the arguments, benefits, and efficiencies of staying the Actions pending the Supreme Court's decision, from Joy Rockwell's request, as if fully set forth herein. *Id.*

Should this Court decline to stay the Actions, Defendants similarly write to join in Joy Rockwell's proposed discovery schedule. *Id.* Because the Actions are not subject to jurisdictional issues, Defendants would respectfully recommend their cases be assigned Track 1, as outlined and explained, in Joy Rockwell's request. *Id.*

We respectfully submit this request for joinder in good faith and not to cause undue delay.  We thank the Court for its time and attention to this matter.



Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Robert T. Szyba*

Robert T. Szyba

cc:    All counsel of record (via ECF)