

**Jessica A. Merejo, Esq.**
**Senior Associate**
jmerejo@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.567.7832

February 23, 2026

<u>VIA ECF</u>
Hon. Harvey Bartle, III, U.S.D.J.
United States District Court for the District of New Jersey (by designation)
c/o United States District Court for the Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

   Re: <u>In re Daniel's Law Compliance Litigation</u>
   Docket Nos: **24-4045 (People Searchers)**
      **24-4075 (DM)**
      **24-4080 (Deluxe)**
      **24-4103 (Yardi)**
      **24-4143 (Civil Data)**
      **24-4160 (Scalable Commerce)**
      **24-4174 (Labels & Lists)**
      **24-4176 (Innovis)**
      **24-4178 (Accurate)**
      **24-4256 (Zillow)**
      **24-4261 (Greenflight)**
      **24-4269 (Thomson Reuters)**
      **24-4324 (Restoration of America)**
      **24-4345 (i360) 24-4383 (Accuzip)**
      **24-4385 (Snaptix)**
      **24-4389 (Joy Rockwell)**
      **24-4434 (eMerges)**
      **24-4664 (RocketReach)**
      **24-5658 (Searchbug)**
      **24-5656 (Alesco)**
      **24-5775 (Amerilist)**
      **24-5600 (Property Radar)**
      **24-7324 (U.S. Data)**
      **25-8617 (Brooks)**
      **25-9224 (Freedomsoft)**



Hon. Harvey Bartle, III, U.S.D.J.
February 23, 2026
Page 2 of 2

Dear Judge Bartle:

  This firm represents plaintiffs, Atlas Data Privacy Corporation, as assignee of individuals who are covered persons under N.J.S.A. 56:8-166.1(d); and the individual plaintiffs (collectively, "Plaintiffs"), in the above-referenced matters.

  The Court directed Defendants to advise Plaintiffs on or before January 21, 2026, whether the New Jersey form confidentiality order was agreeable. Plaintiffs informed the Court via letter on February 16, 2026, of the Defendants that agreed to the District of New Jersey's standard confidentiality order, those Defendants who did not provide their position, and have requested the form order also be entered in those cases.

  Plaintiffs continue to meet and confer with the remaining Defendants who do not agree to the proposed form confidentiality order and have provided proposed revisions. Meet-and-confer discussions regarding confidentiality orders remain ongoing with the following Defendants:

- Accuzip (No. 24-4383);
- The Alesco Group, LLC (Alesco AI, LLC) (No. 24-5656);
- DM Group, Inc. (No. 24-4075);
- Deluxe Corp. (No. 24-4080);
- Joy Rockwell Enterprises (No. 24-4389);
- Property Radar (No. 24-5600);
- RocketReach (No. 24-4664);\
- Innovis (No. 24-4176);
- Searchbug, Inc. (No. 24-5658);
- Thomson Reuters (No. 24-4269);
- U.S. Data Corp. (No. 24-7324); and
- Zillow (No. 24-4256).

  Accordingly, Plaintiffs respectfully request an additional brief extension until March 2, 2026 to continue these meet-and-confer efforts and, hopefully, to finalize and submit the remaining proposed confidentiality orders.

              Respectfully,

              **PEM LAW LLP**
              *Attorney for Plaintiffs*
              */s/ Jessica A. Merejo*
              JESSICA A. MEREJO