IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION et al.<br><br>v.<br><br>WE INFORM, LLC et al. | : | CIVIL ACTION<br><br><br><br>NO. 24-4037 |
| ATLAS DATA PRIVACY CORPORATION et al.<br><br>v.<br><br>INFOMATICS, LLC et al. | : | CIVIL ACTION<br><br><br><br>NO. 24-4041 |
| ATLAS DATA PRIVACY CORPORATION et al.<br><br>v.<br><br>THE PEOPLE SEARCHERS, LLC et al. | : | CIVIL ACTION<br><br><br><br>NO. 24-4045 |

ORDER

AND NOW, this 4th day of November 2026, it is hereby ORDERED that the unopposed letter request of defendants for an extension of time to respond to interrogatories and requests for production is GRANTED. Defendants shall serve their responses to interrogatories and requests for production by November 6, 2026.

BY THE COURT:

/s/ Harvey Bartle III
J.